8980.  LOUISVILLE & NASHVILLE RAILROAD COMPANY v. MAYES.

BLOODWORTH, J.  While we are reluctant to interfere with a verdict approved by the presiding judge, yet in this case the evidence as it comes to us does not show any negligence on the part of the railroad company, and the judgment of the court in overruling the motion for a new trial is    *Reversed.  Broyles, P. J., and Harwell, J., concur.*
    DECIDED MARCH 15, 1918.

Action for damages; from Warren superior court—Judge Walker.  June 6, 1917.

*Samuel H. Sibley,* for plaintiff in error.

*L. D. McGregor, John T. West,* contra.